tion for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Charles D. Drayton* and *Robert E. Quirk* for petitioner. *Messrs. H. L. Underwood* and *Daniel W. Knowlton* for respondent.

No. 91.   HOME INSURANCE CO. *v.* SULLIVAN MACHINERY Co.   October 9, 1933.   Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. F. A. Rittenhouse* for petitioner. *Messrs. P. C. Simons, L. E. McKnight,* and *R. W. Simons* for respondent.

No. 92.   COLUMBIA CASUALTY Co. *v.* TIPMA.   October 9, 1933.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Dudley Morton Shively* for petitioner. *Mr. Andrew J. Hickey* for respondent.

No. 93.   SEARS, ROEBUCK & Co. *v.* UNITED STATES.   October 9, 1933.   Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Mr. James R. Ryan* for petitioner. *Solicitor General Biggs* and *Assistant Attorney General Lawrence* for the United States.

No. 96.   GLOYD *v.* COMMISSIONER OF INTERNAL REVENUE.   October 9, 1933.   Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. George E. H. Goodner* for petitioner. *Solicitor General Biggs, Miss Helen R. Carloss,* and *Mr. Sewall Key* for respondent.